**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**
Civil Case No. 1:21-cv-663-WO-LPA

| | |
|---|---|
| Z.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>DURHAM COUNTY,<br><br>    Defendant. | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), the parties, through undersigned counsel, hereby stipulate to a voluntary dismissal with prejudice of the above-captioned action. Each party will bear their own costs and expenses, including attorneys' fees, as established in the parties' Settlement Agreement.

So stipulated this the 14th day of February, 2023:

    **DISABILITY RIGHTS NC**

    /s/ Holly Stiles
    Holly Stiles
    holly.stiles@disabilityrightsnc.org
    N.C. State Bar No. 38930
    3724 National Drive, Suite 100
    Raleigh, NC 27612
    Phone: (919) 856-2195
    Fax: (919) 856-2244

    *Attorneys For Plaintiff*

**THE BANKS LAW FIRM, P.A.**

/s/ Dylan Hix
Danielle Barbour Wilson
N.C. State Bar No. 39516
Dylan Hix
NC State Bar No. 53930
P.O. Box 14350
Research Triangle Park, NC 27709
Tel.: [919] 474-9137
Fax: [919] 474-9537
Email: dwilson@bankslawfirm.com
Email: dhix@bankslawfirm.com

*Attorneys For Defendant Durham County*

2